IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | § | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. No. 5:15-CR-502 |
| | § | |
| JAMES J. DORAN | § | |
| | § | |

## ORDER

Pending is Defendant James J. Doran's Motion to Dismiss Indictment. (Dkt. 25.) The Court ORDERS the Government to file a Response to this Motion by July 8, 2015.

DONE at Laredo, Texas, this 23rd day of June, 2015.

George P. Kazen
Senior United States District Judge